UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

2012 JAN 17 PM 2: 19

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO. |
| | § | |
| Plaintiff, | § | **SUPERSEDING INDICTMENT** |
| | § | |
| v. | § | [**Ct. I** – Vio: 21 U.S.C. § 841(a)(1) & |
| | § | (b)(1)(B)-- Manufacture and Possession with |
| CHRISTOPHER KEITH NAGY | § | Intent to Distribute at least 100 plants of |
| | § | Marijuana; **Ct. II** – Vio: 18 U.S.C. |
| Defendant. | § | §924(c)--Possession of a Firearm in |
| | | Furtherance of a Drug Trafficking Crime] |

**THE GRAND JURY CHARGES:**

1:11 cr 646-SS

## COUNT ONE
**Possession with Intent to Distribute and Manufacture of 100 plants or more of Marijuana**
**[21 U.S.C. § 841(a)(1) & (b)(1)(B) & 18 U.S.C. §2]**

Beginning in or around 2010, the exact date unknown and continuing until on or about March 21, 2011, in the Western District of Texas, Travis and Hays Counties, the Defendant,

**CHRISTOPHER KEITH NAGY**

aided and abetted by others known and unknown did unlawfully, knowingly, and willfully Manufacture and Possess with Intent to Distribute at least 100 plants of Marijuana, a controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and in violation of Title 18, United States Code, Section 2.

## COUNT TWO
### Possession of a Firearm in Furtherance of a Drug Trafficking Crime
### [18 U.S.C. §924(c)]

On or about March 21, 2011, in the Western District of Texas, Travis and Hays Counties, the Defendant,

**CHRISTOPHER KEITH NAGY**

did knowingly possess a firearm, namely, a Model Security Special, .357 caliber revolver, Serial Number 15269097, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Manufacture and Possession with Intent to Distribute at least 100 plants of a controlled substance, contrary to Title 21, United States Code, Section 841, as charged in Count One of this Indictment;

In violation of Title 18, United States Code, Section 924(c)(1).


A TRUE BILL:

SIGNATURE REDACTED PURSUANT TO E-GOVERNMENT ACT OF 2002

FOREPERSON

ROBERT PITMAN
United States Attorney

By:

DOUGLAS W. GARDNER
Assistant United States Attorney